BEFORE THE FIRST DIVISION, MAY 8, 1963

No. 67701.—Canton Son, Inc., et al. v. United States, protests 60/8508, etc. (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of ballet dancing figures on jewelry boxes similar in all material respects to those the subject of Abstract 66652, the claim of the plaintiffs was sustained.